

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-25-00021-CR

## IN RE LE'DARIUS JORDAN

---

## Original Proceeding

---

## From the 443rd District Court
## Ellis County, Texas
## Trial Court No. 47556CR

---

## MEMORANDUM OPINION

---

Relator Le'Darius Jordan's petition for writ of mandamus filed on January 24, 2025, is denied.


STEVE SMITH
Justice

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition denied
Opinion delivered and filed February 6, 2025
Do not publish
[OT06]

